**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**ESTER JULIA JACKSON, BOBBY and SADIE**
**DAVIS, MARGARET RICHMOND, individually**
**and on behalf of a class of all other persons**
**similarly situated,**                                        **PLAINTIFFS,**

**VS.**                               **CIVIL ACTION NO. 2:01CV264-P-B**

**FIRST FAMILY FINANCIAL SERVICES,**
**INC., ASSOCIATES CORPORATION OF**
**NORTH AMERICA, ASSOCIATES FIRST**
**CAPITAL CORPORATION, CITIGROUP,**
**INC., CITIFINANCIAL CREDIT COMPANY,**
**AMERICAN SECURITY INSURANCE**
**COMPANY, UNION SECURITY LIFE**
**INSURANCE COMPANY,**                               **DEFENDANTS.**

**FINAL JUDGMENT**

This matter comes before the court *sua sponte* with regard to (1) the court's August 25, 2003 Order granting the defendants' motion to compel arbitration of Margaret Richmond's claims and staying her claims pending outcome of arbitration; (2) the court's August 22, 2003 Order compelling arbitration of Ester Julia Jackson's claims and staying her claims pending outcome of arbitration; and (3) the lack of activity regarding the claims of Sadie Davis and Bobby Davis. Upon due consideration of this case, the court finds as follows, to-wit:

There has been no activity in this case since August 25, 2003, some two-and-one-half years ago. The court has received no word regarding the outcome of arbitration regarding the claims of Margaret Richmond or Ester Julia Jackson. Nor have the remaining plaintiffs Sadie and Bobby Davis made any effort to prosecute their claims since March 11, 2003 when they filed their response to the joinder of various defendants to a motion to compel some three years ago. Having considered the

1

matter, the court concludes that this action should be closed and that the claims of Sadie and Bobby Davis should be dismissed without prejudice for failure to prosecute.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The claims of Sadie and Bobby Davis are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

(2) Given the court's prior orders mentioned above and the lack of activity after the court compelled their claims to arbitration, the claims of Margaret Richmond and Ester Julia Jackson are **DISMISSED WITHOUT PREJUDICE**; therefore,

(3) This case is **CLOSED**.

**SO ORDERED** this the 29th day of March, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE